In the Matter of the Compensation of
Antonio Cortez, Claimant.

Antonio CORTEZ,
*Petitioner,*

*v.*

WAL-MART STORES, INC.,
*Respondent.*

02-07782; A123341

103 P3d 684

James E. Bailey III argued the cause for petitioner. With him on the brief was Daniel M. Spencer LLC.

Jerald P. Keene argued the cause for respondent.

Before Haselton, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Reversed and remanded. *Vsetecka v. Safeway Stores, Inc.,* 337 Or 502, 98 P3d 1116 (2004).